UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>FOUGERA PHARMACEUTICALS, INC.; SANDOZ, INC., NOVARTIS INTERNATIONAL AG, AKORN, INC.; HI-TECH PHARMACAL CO., INC.; PERRIGO COMPANY PLC; TARO PHARMACEUTICAL INDUSTRIES, LTD.; TARO PHARMACEUTICALS USA, INC.; WOCKHARDT LTD.; MORTON GROVE PHARMACEUTICALS, INC.; and ACTAVIS HOLDCO U.S., INC.,<br><br>      Defendants. | No. 1:16-cv-08374 (WHP)<br><br>ECF Case<br><br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Douglas J. Kurtenbach, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co., Inc. in the above-captioned action.

  I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto as Exhibit A is a true and correct copy of my Certificate of Good Standing.

|  | Respectfully submitted, |
|---|---|
| Dated: November 18, 2016 | */s/ Douglas J. Kurtenbach*<br>Douglas J. Kurtenbach, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862 2000<br>Facsimile: (312) 862 2200<br>dkurtenbach@kirkland.com<br>*Attorneys for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co., Inc.* |

Case 1:16-cv-08364-CM-RP Document 142 Filed 04/18/17 Page 2 of 5

-2-

# Exhibit A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Douglas J. Kurtenbach

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 17th day of November A.D. 2016.

*Carolyn Taft Grosboll*
Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br> -against-<br><br>FOUGERA PHARMACEUTICALS, INC.; SANDOZ, INC., NOVARTIS INTERNATIONAL AG, AKORN, INC.; HI-TECH PHARMACAL CO., INC.; PERRIGO COMPANY PLC; TARO PHARMACEUTICAL INDUSTRIES, LTD.; TARO PHARMACEUTICALS USA, INC.; WOCKHARDT LTD.; MORTON GROVE PHARMACEUTICALS, INC.; and ACTAVIS HOLDCO U.S., INC.,<br><br>    Defendants. | No. 1:16-cv-08374 (WHP)<br><br>ECF Case<br><br><br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

  The motion of Douglas J. Kurtenbach, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

  DOUGLAS J. KURTENBACH, P.C.
  KIRKLAND & ELLIS LLP
  300 North LaSalle, Chicago, IL 60654
  Telephone: (312) 862 2000 / Fax: (312) 862 2200
  dkurtenbach@kirkland.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co., Inc. in the above entitled action;

  **IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in this Court and is subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                 United States District Judge